# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Dexstin Bryant,  )
        Plaintiff  )
        vs.  )
Jerome Combs Detention Center  )
_____  )
_____  )
_____  )
_____  )
_____  )
_____ ,  )
        Defendant(s)  )

FILED
MAR 1 4 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Case No. _____
(*The case number will be assigned by the clerk*)

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☑   Unknown _____

### I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Dexstin Bryant

Prison Identification Number: 510 714

Current address: 3050 S Justice Way Kankakee IL, 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: J.C.D.C

Current Job Title: 

Current Work Address 3050 S. Justice Way Kankakee IL, 60901

Defendant #2:

Full Name: 

Current Job Title: 

Current Work Address 

Defendant #3:

Full Name: 

Current Job Title:

Current Work Address _____

_____

Defendant #4:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

Defendant #5:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence **Jerome Combs Detention Center/Max D/cell 9**

4

Date(s) of the occurrence 11-12-2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

The officers conducted a shakedown on 11-12-2021, in Max D pod where I was housed in cell 9. In which officers Norton, Senesac, Todd, Schleon, Dorf escorted me and the other inmates into the gym room while they searched our cells. When I returned to my cell I realized my books we're confiscated about 50 of my books we're confiscated by the officers because I stored them in my thermal bottoms so they could be moved easily for cleaning purposes, but they're saying I was using the books for a weight bag which is not true. I never received a verbal warning or was told by officers that I couldn't store my books in my thermal bottoms, which I also purchased from Commissary here at J.C.D.C which cost $8.35 and was also confiscated along with all of my books with my name on the books. My family spent a lot of money on these books. Each one of the books cost anywhere between 12.00 to 35.00$ and we can produce receipts if necessary. The officers said it was contraband because I had them stored in my thermals bottoms in which they sell thermal bottoms on Commissary and they also allow inmates to receive books through Amazon into the facility. I completed the greivance process and when I reach out to J.C.D.C I ask them if I could at least send my books home and they response was that they destroyed it. I even had my mother call up here to J.C.D.C where she succefully talked to Sargent CPL Senesac and he informed her that my books we're destroyed by this facility.

I don't understand how they can just take all of my books that my family paid they hard earned money on, because they assume im lifting weights and destroy my reading ~~my books~~ material. I also have a list of most of the books that was confiscated. Here's the list of my confiscated books. A commissary dictionary, Webster Dictionary, The "G" spot, Alex Cross by James Patterson two copies, Power of the Subconcious Mind, Think & Grow Rich Nepolian Hill, From niggaz to to God's Part 1, From niggaz to God's Part 2, Gucci Mane Autobiography Hurricanes by Rick Ross, Husle harder husle Smarter by Curtis Jackson, Malcolm X By Alex Haley, 50th Law By Robert Green, Black Privelidge by Charlermane the God, Donald Goines Dope fiend, Donald Goines Cry Revenge, Donald Goines Black mans grief White mans Justice, Donald Goines Whoreson, Mans search for meaning By Victor Frankl, 7 habits of highly effective people, Hoodlum by K'WAN, Hoodlum 2 by K'WAN, Pimp by Iceberg Slim, Long White Con by Iceberg Slim, Murderville Ashley & Jaquavis, Raw Law Criminal Justice by Muhammad IBN Bashir, ESQ, Sex, Money, Murder, The 48 laws of pimpology By Pimpin Ken, Along came a Spider by James Patterson, LifeGuard By Andrew Gross, The 13th Tale, Black Wallstreet by Hannible B. Johnson, ~~~~ I will teach you to be rich, Beginners guide to the stock Market, Stock investing for dummies, Do you! By Russell Simmons, Three blind Mice by James Patterson, Profile of Power and success by Jean Landry, The Alchemist by Paulo Coelho, Man Child in a promise land by Claud Brown, From pimp stick to pulpit by Bishop Don Juan, The psychopathic racial personality and other Essays by Bobby E Wright, The Art of Seduction by Robert Green, The 33 Strategies of War

## RELIEF REQUESTED

(State what relief you want from the court.)

I want to be compensated back the money I spent on these books

I would also like to retain a lawyer to help me fight this case and I also would like my lawyer expenses reimbursed by J.C.D.C The books I lost and now currently repurchasing the books I didn't get a chance to read. This situation caused me stress, Anxiety, Deppresion, and money and more money from my family having to repurchase the same books that J.C.D.C destoyed. I had to sit in a cell without anything to occupy my time and mind and it caused my blood pressure to be higher than usual.

JURY DEMAND     Yes ☐     No ☐

Signed this _March_ day of _7_, 20_22_.

_Dextin Bryant_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Dexstin Bryant | 510714 |
| Address: | Telephone Number: |
| 3050 S. Justice Way Kankakee IL, 60901 | 773-565-8430 |

Dexstin T. Bryant ID#510714
3050 S. Justice Way
Kankakee IL, 60901



CHAMPAIGN IL 618
10 MAR 2022 PM 4 L

Legal Mail

UNITED STATES District Court
Central District of ILLINOIS
Office of The Clerk
201 S. VINE ST.
Room 218
URBANA, ILLINOIS 61802-3348